**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Herand Abcarian, M.D., F.A.C.S., Plaintiff, vs. Timothy McDonald, M.D., J.D., Patricia Kale, William H. Chamberlin, JR., M.D., Nikki Centomani, Stuart Allen, Barbara... | FILED: JULY 7, 2008 08CV3843 JUDGE DER-YEGHIAYAN MAGISTRATE JUDGE NOLAN JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HERAND ABCARIAN, M.D., F.A.C.S.

| NAME (Type or print) |
|---|
| Joseph Michael O'Callaghan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Joseph Michael O'Callaghan |
| FIRM |
| O'Callaghan & Colleagues, P.C. |
| STREET ADDRESS |
| 208 West Washington Street, Suite 2301 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2083752 | 312.332.1600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐