IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERAND ABCARIAN, M.D., F.A.C.S., Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TIMOTHY MCDONALD, M.D., J.D., PATRICIA ) | Case No. 08 CV 3843 |
| KALE, WILLIAM H. CHAMBERLIN, JR., M.D., ) | |
| NIKKI CENTOMANI, STUART ALLEN, ) | Honorable Samuel Der-Yeghiayan |
| BARBARA MCCOLGIN, CHRIS J. MOLLET, ESQ., ) | |
| THOMAS R. BEARROWS, ESQ., CHRISTINE ) | |
| FLANINGAM, MICHAEL TRUCCO, ESQ., and ) | |
| THE BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS, Defendants. ) | |

**NOTICE OF MOTION**

To:  Joseph Michael O'Callaghan          John J. Duffy
     Ashley Lyles                        Michael J. Borree
     O'Callaghan & Colleagues, P.C.      Edward E. Fu
     208 West Washington, Suite 2301     Donohue Brown Mathewson & Smyth LLC
     Chicago, Illinois 60606             140 South Dearborn, Suite 800
     *Attorneys for Plaintiff Herand Abcarian*   Chicago, Illinois 60603
                                         *Attorneys for Defendant Michael Trucco*

PLEASE TAKE NOTICE that on **Thursday, September 11, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Samuel Der-Yeghiayan in Room 1903, Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois 60604, and present (1) **U of I Defendants' Motion to Dismiss the Complaint** and

2

(2) **Memorandum in Support of the U of I Defendants' Motion to Dismiss the Complaint**,

copies of which are attached and hereby served upon you.

Dated: September 5, 2008                          Respectfully submitted,

**Defendants Timothy McDonald, M.D., J.D., Patricia Kale, William H. Chamberlin, Jr., M.D., Nikki Centomani, Stuart Allen, Barbara McColgin, Chris J. Mollet, Esq., Thomas R. Bearrows, Esq., Christine Flaningam, and the Board of Trustees of the University of Illinois**

By:      s/ William D. Heinz
                One of their attorneys

William D. Heinz
Richard P. Steinken
Monica R. Pinciak-Madden
Jenner & Block LLP
330 North Wabash
Chicago, Illinois 60611
312-222-9350

2

**CERTIFICATE OF SERVICE**

      I, William D. Heinz, an attorney for the U of I Defendants, certify that on September 5, 2008, copies of the foregoing **Notice of Motion**, the **U of I Defendants' Motion to Dismiss the Complaint**, and **Memorandum in Support of the U of I Defendants' Motion to Dismiss the Complaint**, were filed with the Court by means of the Court's CM/ECF system, which will send notification of such filings to the following counsel at their email address on file with the Court:

| | |
|---|---|
| Joseph Michael O'Callaghan | John J. Duffy |
| Ashley Lyles | Michael J. Borree |
| O'Callaghan & Colleagues, P.C. | Edward E. Fu |
| 208 West Washington, Suite 2301 | Donohue Brown Mathewson & Smyth LLC |
| Chicago, Illinois 60606 | 140 South Dearborn, Suite 800 |
| *Attorneys for Plaintiff Herand Abcarian* | Chicago, Illinois 60603 |
| | *Attorneys for Defendant Michael Trucco* |

                                                                                                                                              s/ William D. Heinz

                                                                                                                   Jenner & Block LLP
                                                                                                                    330 North Wabash
                                                                                                                    Chicago, Illinois 60611
                                                                                                                    312-222-9350