080382.29

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERAND ABCARIAN, M.D., F.A.C.S.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY MCDONALD, M.D., J.D. PATRICIA KALE, WILLIAM H. CHAMBERLIN, JR., M.D., NIKKI CENTOMANI, STUART ALLEN, BARBARA MCCOLGIN, CHRIS J. MOLLET, ESQ., THOMAS R. BEARROWS, ESQ., CHRISTINE FLANINGAM, MICHAEL TRUCCO, ESQ. and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>　　　　Defendants. | No.   08 CV 3843<br>Honorable Samuel Der-Yeghiayan |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

　　　PLEASE TAKE NOTICE that on **September 11, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Der-Yeghiayan**, or any Judge sitting in his place or stead, in the Courtroom usually occupied by him in Room 1903 at 219 S. Dearborn Street, Chicago, Illinois, and present **Defendant Michael Trucco's Motion to Dismiss**, a copy of which is attached.

　　　　　　　　　　　　　　　　s/ John J. Duffy
　　　　　　　　　　　　　　　　John J. Duffy (john.duffy@dbmslaw.com)
　　　　　　　　　　　　　　　　Michael J. Borree (michael.borree@dbmslaw.com)
　　　　　　　　　　　　　　　　Edward E. Fu (edward.fu@dbmslaw.com)
　　　　　　　　　　　　　　　　DONOHUE BROWN MATHEWSON & SMYTH LLC
　　　　　　　　　　　　　　　　140 South Dearborn Street, Suite 800
　　　　　　　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　　　　　　　Telephone:    (312) 422-0900
　　　　　　　　　　　　　　　　Facsimile:    (312) 422-0909

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed Defendant Michael Trucco's Motion to Dismiss and Notice of Motion with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

### SERVICE LIST

**Attorney for Plaintiff, HERAND ABCARIAN, M.D., F.A.C.S.:**
Joseph Michael O'Callaghan
Ashley D. Lyles
O'CALLAGHAN & COLLEAGUES, P.C.
208 West Washington Street
Suite 2301
Chicago, IL  60606
Telephone:     (312) 332-1600; Facsimile:    (312) 322-1610
Email:            barrister.chicago@att.net


**Attorneys for Co-Defendants, BARBARA MCCOLGIN; CHRIS J. MOLLET, ESQ; CHRISTINE FLANINGAM; J.D. PATRICIA KALE; NIKKI CENTOMANI; STUART ALLEN; THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; THOMAS R. BEARROWS, ESQ.; TIMOTHY MCDONALD, M.D.; and WILLIAM H. CHAMBERLIN, JR., M.D.**
William D. Heinz
Monica R. Pinciak
Richard P. Steinken
JENNER & BLOCK, LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603
Telephone:     (312) 222-9350; Facsimile:    (312) 840-7665
Email:            Wheinz@jenner.com
                    Mpinciak@jenner.com
                    Rsteinken@jenner.com